AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

A.A, and E.A, minor children ,
by and through their parent
Robert Allor, and Cydia Allor.

Plaintiff,

v.

Southgate Community Schools Board of Education,
Sharon Irvine, Superintendent, and Board Member;
Timothy O. Estheimer, President, Andrew A. Green,
Vice President, Dr. Darlene L. Pomponio,Rick Lamos,
Jason Craig, Neil J. Freitas, and Shawn Sage.

Defendant.

Civil Action No. 21-cv-12315

Hon. Hood, Denise Page

## SUMMONS IN A CIVIL ACTION

To: Andrew A. Green

FILED
CLERK'S OFFICE

OCT 1 3 2021

U.S DISTRICT COURT
EASTERN MICHIGAN

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Allor
Cydia Allor
17405 Valade st.
Riverview, MI 48193

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KINIKIA D. ESSIX, CLERK OF COURT

By: _____
Signature of Clerk or Deputy Clerk

Date of Issuance: OCT 1 3 2021